**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


JOHNNY COLLINS,                          :    No. 89 MAP 2016
                                         :
            Appellant                    :
                                         :    Appeal from the Order of the
                                         :    Commonwealth Court dated,
            v.                           :    August 8, 2016 at No. 330 MD 2016.
                                         :
                                         :
COMMONWEALTH OF PENNSYLVANIA,            :
DEPARTMENT OF CORRECTIONS,               :
                                         :
            Appellee                     :


## ORDER


**PER CURIAM**                          **DECIDED:  March 28, 2017**

    **AND NOW**, this 28th day of March, 2017, we **AFFIRM** the Order of the

Commonwealth Court.